UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

V.

CIVIL NO. 19-11894
HON. LAURIE J. MICHELSON

CENTRAL FLORIDA RESTAURANTS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Plaintiff having filed a Notice of Voluntary Dismissal on September 27, 2019 (ECF 4), the Court considers this case to be dismissed without prejudice and will close the case without further order. *Aamot v. Kassel*, 1 F.3d 441, 445 (6th Cir. 1993) ("[A] Rule 41(a)(1) notice of dismissal is self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal."). Therefore,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED without prejudice.

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

Dated: September 30, 2019